IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS | ) | |
| | ) | |
| v. | ) | C.A. No. 05-612 |
| | ) | |
| MURPHY MARINE SERVICES, INC. | ) | |

**STIPULATION FOR EXTENSION OF TIME
IN WHICH TO ANSWER OR OTHERWISE RESPOND**

It is hereby stipulated and agreed upon by and between counsel for plaintiff, CECIL EDWARDS, and defendant, MURPHY MARINE SERVICES, INC., that:

1.  The time in which the defendant shall answer, move or otherwise respond to the Complaint shall be extended for fourteen (14) days, through and including September 26, 2005.

2.  No prior extension has been granted.

3.  This extension is for a period of time that does not exceed thirty (30) days.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (No.2407)
Keri L. Morris, Esquire (No. 4656)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680

*Attorneys for Plaintiff*
*Cecil Edwards*

KLETT ROONEY LIEBER & SCHORLING

_____
James J. Sullivan, Jr., Esq. (No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200

*Attorneys for Defendant*
*Murphy Marine Services, Inc.*

**SO ORDERED**, this _____ day of _____, 2005.

_____
                    J.