IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-612(GMS) |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| MURPHY MARINE SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jeffrey K. Martin, Esquire of Margolis Edelstein, for Keri L. Morris, Esquire, formerly of Margolis Edelstein, counsel for Plaintiff in the above-captioned matter.

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated: November 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS., | : |
| Plaintiff, | : Civil Action No. 05-612(GMS) |
| v. | : JURY TRIAL DEMANDED |
| MURPHY MARINE SERVICES, INC., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, Esquire, do hereby certify that on November 9, 2005, I electronically filed **Substitution of Counsel** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following attorney-of-record below:

James J. Sullivan, Jr., Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (DE #2407)
1509 Gilpin Avenue
Wilmington, DE 19806