# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

THE BRANDYWINE BUILDING
1000 WEST STREET, SUITE 1410
WILMINGTON, DELAWARE 19801-1397
Telephone: (302) 552-4200

James J. Sullivan, Jr.
(302) 552-4202

FACSIMILE: (302) 552-4295
E-MAIL: jsullivan@klettrooney.com

November 17, 2005

*VIA: ELECTRONIC CASE FILING*

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE 19801

    Re:    **Cecil Edwards v. Murphy Marine Services, Inc.**
              **C.A. No. 05-612-GMS**

Dear Judge Sleet:

    We represent defendant, Murphy Marine Services, Inc., in the above-referenced matter. This letter is written respectfully to request a continuance of the scheduling conference set for Monday, November 28, 2005 at 10:00 a.m. as I will be out of the country from November 27, 2005 to December 1, 2005. Lori Brewington, counsel for the plaintiff, has informed me that she has no objection to this request for a continuance.

                            Respectfully,

                            James J. Sullivan, Jr.
                            (DE Bar #2266)

JJS/ph

cc: Lori Brewington, Esquire