IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS )<br>)<br>v.    )<br>)<br>MURPHY MARINE SERVICES, INC. ) | C.A. No. 05-612 (GMS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

The undersigned, a member of the Delaware bar, pursuant to District Court Local Rule 83.5(c), files the attached certification and moves the admission *pro hac vice* of Brian A. Casal, Esquire, Klett Rooney Lieber & Schorling, Two Logan Square, 12th Floor, Philadelphia, Pennsylvania 19103-2756, (215) 567-7500, to represent the Defendant in this action. The applicant is admitted in good standing in the bar of the Commonwealth of Pennsylvania.

KLETT ROONEY LIEBER & SCHORLING

By: _____
James J. Sullivan, Jr. (I.D. No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jsullivan@klettrooney.com
*Attorney for Defendant*
*Murphy Marine Services, Inc.*

Dated: December 2, 2005

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted this ____ day of _____, 2005.

_____
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS | ) | |
| | ) | |
| v. | ) | C.A. No. 05-612 (GMS) |
| | ) | |
| MURPHY MARINE SERVICES, INC. | ) | |

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania and, pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA 19103-2756
(215) 567-7500
(215) 567-2737 (facsimile)
bcasal@klettrooney.com

Dated: December 1, 2005

## **CERTIFICATE OF SERVICE**

I, James J. Sullivan, Jr., Esquire, do hereby certify that I electronically filed the Motion and Order for Admission Pro Hac Vice and Certification of Brian A. Casal with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

        Jeffrey K. Martin, Esquire
        Margolis Edelstein
        1509 Gilpin Avenue
        Wilmington, DE 19806
        (302) 777-4680
        Email: jmartin@margolisedelstein.com

        KLETT ROONEY LIEBER & SCHORLING

        By: _____
        James J. Sullivan, Jr. (I.D. No. 2266)
        The Brandywine Building
        1000 West Street, Suite 1410
        Wilmington, Delaware 19801
        (302) 552-4200
        (302) 552-4295 (facsimile)
        jsullivan@klettrooney.com
        *Attorney for Defendant*
        *Murphy Marine Services, Inc.*

Dated: December 2, 2005