

ATTORNEYS AT LAW
www.margolisedelstein.com

**DELAWARE OFFICE:**
**1509 GILPIN AVENUE**
**WILMINGTON, DE 19806**
**302-777-4680**
**FAX 302-777-4682**

PHILADELPHIA OFFICE:*
THE CURTIS CENTER, 4TH FLOOR
601 WALNUT STREET
INDEPENDENCE SQUARE WEST
PHILADELPHIA, PA 19106-3304
215-922-1100
FAX 215-922-1772

HARRISBURG OFFICE:*
3510 TRINDLE ROAD
CAMP HILL, PA 17011
717-975-8114
FAX 717-975-8124

PITTSBURGH OFFICE:
310 GRANT STREET
THE GRANT BUILDING, SUITE 1500
PITTSBURGH, PA 15219
412-281-4256
FAX 412-642-2380

SCRANTON OFFICE:
THE OPPENHEIM BUILDING
409 LACKAWANNA AVENUE
SUITE 3C
SCRANTON, PA 18503
570-342-4231
FAX 570-342-4841

SOUTH NEW JERSEY OFFICE:*
SENTRY OFFICE PLAZA
216 HADDON AVENUE, 2ND FLOOR
P.O. BOX 92222
WESTMONT, NJ 08108
856-858-7200
FAX 856-858-1017

NORTH NEW JERSEY OFFICE:
CONNELL CORPORATE CENTER
THREE CONNELL DRIVE
SUITE 6200
BERKELEY HEIGHTS, NJ 07922
908-790-1401
FAX 908-790-1486

LORI A. BREWINGTON, ESQUIRE
lbrewington@margolisedelstein.com

December 7, 2005

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      **RE:**   **Edwards v. Murphy Marine Services, Inc.**
              **C.A. No. 05-612(GMS)**
      ----------------------------------------------------

Dear Judge Sleet:

      Pursuant to our Rule 16 Scheduling Conference on December 6, 2006, counsel has conferred and we submit the enclosed Scheduling Order for your review and consideration.

                           Respectfully yours,

                         **LORI A. BREWINGTON**

JKM:cab

Encl.

cc: Clerk of the Court (by e-file)

cc: Brian A. Casal, Esquire

cc: James J. Sullivan, Jr., Esquire