IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 05-612 (GMS) |
| v. | ) ) | |
| MURPHY MARINE SERVICES, INC., | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on January 11, 2006, one copy of the Initial Disclosures of Murphy Marine Services, Inc. were served upon the following counsel of record via facsimile and first class mail:

> Lori A. Brewington
> Margolis Edelstein
> 1509 Gilpin Avenue
> Wilmington, DE 19806

> KLETT ROONEY LIEBER & SCHORLING

> By: ___/s/ James J. Sullivan, Jr.___
> James J. Sullivan, Jr. (I.D. No. 2266)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, Delaware 19801
> (302) 552-4200
> (302) 552-4295 (facsimile)
> jsullivan@klettrooney.com
> *Attorney for Defendant*
> *Murphy Marine Services, Inc.*

January 12, 2006

## CERTIFICATE OF SERVICE

I, James J. Sullivan, Jr., Esquire, do hereby certify that I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Lori A. Brewington
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806

>KLETT ROONEY LIEBER & SCHORLING

>By: ___/s/ James J. Sullivan, Jr.___
>James J. Sullivan, Jr. (I.D. No. 2266)
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, Delaware 19801
>(302) 552-4200
>(302) 552-4295 (facsimile)
>jsullivan@klettrooney.com
>*Attorney for Defendant*
>*Murphy Marine Services, Inc.*

January 12, 2006