IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CECIL EDWARDS.,                                    :
                                                   :
      Plaintiff,                              :        Civil Action No. 05-612(GMS)
                                                   :
      v.                                      :
                                                   :        JURY TRIAL DEMANDED
MURPHY MARINE  SERVICES, INC.,     :
                                                   :
      Defendant.                              :
                                                   :

## NOTICE OF SERVICE

      I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-

captioned case, hereby certify that two (2) true and correct copies of the foregoing

***Plaintiff's Pre-Discovery Disclosures*** and ***Certificate of Service*** were sent via U.S. Mail

postage pre-paid on January 12, 2006 to the following:

James J. Sullivan, Jr., Esquire             Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling             Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410                Two Logan Square, 12th Floor
P.O. Box 1397                               Philadelphia, PA 19103
Wilmington, DE  19899-1397


                                   MARGOLIS EDELSTEIN

                                   _____
                                   Jeffrey K. Martin, Esquire (#2407)
                                   Lori A. Brewington, Esquire (#4522)
                                   1509 Gilpin Avenue
                                   Wilmington, DE 19806
                                   (302) 777-4680
                                   (303) 777-4682 fax
                                   jmartin@margolisedelstein.com
                                   lbrewington@margolisedelstein.com
Dated:  January 12, 2006             Attorneys for Plaintiff