IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>MURPHY MARINE SERVICES, INC.,<br><br>    Defendant. | :<br>:<br>:<br>: Civil Action No. 05-612 (GMS)<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2006, James J. Sullivan, Jr., Esquire served two (2) copies each of Defendant's First Set of Interrogatories Directed to Plaintiff Cecil Edwards and Defendant's First Request for Production of Documents Directed to the Plaintiff Cecil Edwards by facsimile and first class mail, postage prepaid, to:

    Lori Brewington, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE 19806

    _____
    James J. Sullivan, Jr. (2266)
    KLETT ROONEY LIEBER & SCHORLING
    The Brandywine Building
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200
    (302) 552-4295 (fax)
    E-mail: jsullivan@klettrooney.com

KRLSWLM: 65664

OF COUNSEL:

Brian A. Casal (pro hac vice)
KLETT ROONEY LIEBER & SCHORLING
Two Logan Square, 12th Floor
Philadelphia, PA 19103
(215) 567-7105
(215) 567-2737 (fax)
E-mail: bacasal@klettrooney.com


Attorneys for Defendant,
Murphy Marine Services, Inc.

Dated: March 30, 2006

KRLSWLM: 65664