## CERTIFICATE OF SERVICE

I, James J. Sullivan, Jr., hereby certify that on the 30th day of March 2006, I caused to be served two true and correct copies of the foregoing Notice of Service by facsimile and first-class mail, postage prepaid, upon plaintiff's counsel:

>   Lori Brewington, Esquire
>   Margolis Edelstein
>   1509 Gilpin Avenue
>   Wilmington, DE 19806

_____
JAMES J. SULLIVAN, JR.

March 30, 2006

KRLSWLM: 65664