IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 05-612 (GMS) |
| MURPHY MARINE SERVICES, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF CECIL EDWARDS

TO:  Lori Ann Brewington, Esquire
     Margolis Edelstein
     1509 Gilpin Avenue
     Wilmington., DE 19806

**PLEASE TAKE NOTICE** that pursuant to the Federal Rules of Civil Procedure, defendant by its attorney, Klett Rooney Lieber & Schorling, will take the deposition of CECIL EDWARDS on Friday, May 5, 2006 at 10:00 a.m. at the law offices of Klett Rooney Lieber & Schorling, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, DE 19801. The deposition will continue day to day until completed.

You are requested to have plaintiff appear for the deposition at the date, time and place set forth above.

                                        KLETT ROONEY LIEBER & SCHORLING

                                        By:  /s/ James J. Sullivan, Jr.
                                                James J. Sullivan, Jr. (I.D. No. 2266)
                                                The Brandywine Building
                                                1000 West Street, Suite 1410
                                                Wilmington, Delaware 19801
                                                (302) 552-4200
                                                (302) 552-4295 (facsimile)
                                                jsullivan@klettrooney.com
                                                *Attorney for Defendant*
                                                *Murphy Marine Services, Inc.*

April 26, 2006

## **CERTIFICATE OF SERVICE**

I, James J. Sullivan, Jr., Esquire, do hereby certify that I electronically filed the foregoing Notice of Deposition with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Lori A. Brewington
>Margolis Edelstein
>1509 Gilpin Avenue
>Wilmington, DE 19806
>Telephone: (302) 777-4680
>Fax:           (302) 777-4682
>lbrewington@margolisedelstein.com

KLETT ROONEY LIEBER & SCHORLING

By: ___/s/ James J. Sullivan, Jr.___
James J. Sullivan, Jr. (I.D. No. 2266)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jsullivan@klettrooney.com
*Attorney for Defendant*
*Murphy Marine Services, Inc.*

April 26, 2006

KRLSWLM: 65855