IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS., | : |
| Plaintiff, | : Civil Action No. 05-612(GMS) |
| v. | : |
| | : JURY TRIAL DEMANDED |
| MURPHY MARINE SERVICES, INC., | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on April 28, 2006, I caused two copies of the foregoing *Notice to take Depositions of Ty Butler and Ben Yeates* to be served by First Class U.S. Mail, postage prepaid on the following:

James J. Sullivan, Jr., Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling
2 Logan Square, 12th Floor
Philadelphia, PA 19103-2756

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
302-777-4682 facsimile
lbrewington@margolisedelstein.com
Attorney for Plaintiff