IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS., | : |
| | : |
| Plaintiff, | : Civil Action No. 05-612(GMS) |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| MURPHY MARINE SERVICES, INC., | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF SERVICE

I, Lori A. Brewington, the undersigned Counsel for Plaintiff in the above-captioned case, hereby certify that two (2) true and correct copies of the foregoing *Plaintiff's First Set of Document Requests to Defendant* were sent via U.S. Mail postage pre-paid on May 1, 2006 to the following:

James J. Sullivan, Jr., Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling
Two Logan Square, 12th Floor
Philadelphia, PA 19103

MARGOLIS EDELSTEIN

/s/ Lori A. Brewington

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(303) 777-4682 fax
lbrewington@margolisedelstein.com
Attorney for Plaintiff

Dated: May 1, 2006