IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CECIL EDWARDS, | : | |
| Plaintiff, | : | Civil Action No. 05-612 (GMS) |
| v. | : | |
| MURPHY MARINE SERVICES, INC., | : | |
| Defendant. | : | |

## NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by their undersigned attorney, will take the deposition of the below listed Defendants by oral testimony before an officer duly authorized to administer an oath, commencing on **Tuesday May 23, 2006** at the offices of Margolis Edelstein, located at 1509 Gilpin Avenue, Wilmington, Delaware 19806. The deposition shall continue thereafter until terminated by counsel for Plaintiff. Defendant should bring to the deposition and produce any and all documents which support, refer or relate to any and all claims Plaintiff has alleged in this lawsuit. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

| | |
|---|---|
| **Charles Bailey** | 9:00 a.m. |
| **Allen Woody** | 10:00 a.m. |
| **Howard Downes** | 11:00 a.m. |
| **Wilson Downes** | 1:00 p.m. |
| **Tracey Vega** | 2:00 p.m. |
| **Johnny Lane** | 3:00 p.m. |

MARGOLIS EDELSTEIN

/s/ Lori A. Brewington

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
302-777-4682 facsimile
lbrewington@margolisedelstein.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS.,<br><br>Plaintiff,<br><br>v.<br><br>MURPHY MARINE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 05-612(GMS)<br><br>JURY TRIAL DEMANDED |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on April 28, 2006, I caused two copies of the foregoing *Notice to take Deposition* to be served by First Class U.S. Mail, postage prepaid on the following:

James J. Sullivan, Jr., Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling
2 Logan Square, 12th Floor
Philadelphia, PA 19103-2756

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE 19806
302-777-4680
302-777-4682 facsimile
lbrewington@margolisedelstein.com
Attorney for Plaintiff