IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CECIL EDWARDS,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>MURPHY MARINE SERVICES, INC.,<br><br>　　　　　　　　Defendant. | :<br>:<br>:<br>:  Civil Action No. 05-612 (GMS)<br>:<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL

**COMES NOW** Cecil Edwards and Murphy Marine Services, Inc. (the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that this action, and all claims therein, should and shall be dismissed by the Court with prejudice. Each party to bear its own attorneys' fees and costs.

KLETT ROONEY LIEBER &
SCHORLING, P.C.

MARGOLIS EDELSTEIN

By: _/s/ James J. Sullivan, Jr._
　　James J. Sullivan, Jr. (#2266)
　　The Brandywine Building
　　1000 West Street, Suite 1410
　　Wilmington, DE 19801
　　Telephone:  (302) 552-4200
　　Facsimile:   (302) 552-4295
　　jsullivan@klettrooney.com
　　*Attorneys for Defendant*

By: _/s/ Jeffrey K. Martin_
　　Jeffrey K. Martin (#2407)
　　Lori A. Brewington (#4522)
　　1509 Gilpin Avenue
　　Wilmington, DE 19806
　　Telephone:  (302) 777-4680
　　Facsimile:   (302) 777-4682
　　lbrewington@margolisedelstein.com
　　*Attorneys for Plaintiff*

Dated: May 17, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
J.