IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CECIL EDWARDS,                                          :
                                                       :
                              Plaintiff,               :    Civil Action No. 05-612 (GMS)
                                                       :
              v.                                        :
                                                       :
MURPHY MARINE SERVICES, INC.,                          :
                                                       :
                              Defendant.               :
                                                       :

## NOTICE OF WITHDRAWAL OF DEPOSITION

PLEASE TAKE NOTICE that the above referenced Notice to take Deposition of Mark Murphy

on **Tuesday May 30, 2006 at 1:00 p.m.** at the offices of Margolis Edelstein, located at 1509

Gilpin Avenue, Wilmington, Delaware 19806 is hereby **withdrawn**.


MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680
302-777-4682 facsimile
lbrewington@margolisedelstein.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CECIL EDWARDS.,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 05-612(GMS)** |
| | : | |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| **MURPHY MARINE SERVICES, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Lori A. Brewington, Esquire, hereby certify that on May 22, 2006, I caused two

copies of the foregoing *Notice of Withdrawal of Deposition* to be served by First Class

U.S. Mail, postage prepaid on the following:

James J. Sullivan, Jr., Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

Brian A. Casal, Esquire
Klett Rooney Lieber & Schorling
2 Logan Square, 12th Floor
Philadelphia, PA 19103-2756

MARGOLIS EDELSTEIN

Lori A. Brewington, Esquire (#4522)
1509 Gilpin Avenue
Wilmington, DE  19806
302-777-4680
302-777-4682 facsimile
lbrewington@margolisedelstein.com
Attorney for Plaintiff